**Order filed June 27, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00938-CR

_____

**JEREMY ONEIL FOUNTAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1339400**

## ORDER

Appellant's brief was filed on March 30, 2013. On April 24, 2013, the State filed a motion to strike appellant's brief for failure to comply with Rule 38 of the Texas Rules of Appellate Procedure. On May 1, 2013, the State filed a motion to extend time to file its brief. Finding that appellant has failed to provide adequate citations to the record and to authority, we granted the State's motion to strike and the State's motion to extend time. Tex. R. App. P. 38.1(f), (h).

Accordingly, pursuant to Rule 38.9(b), the Court orders appellant to submit a brief that meets the requirements of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.9(b). Appellant's amended brief is due on or before **July 30, 2013**, and the State's response shall be due thirty days after appellant's revised brief is filed.

PER CURIAM